# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 8, 2005

Clifford W. Taylor,
Chief Justice

125691

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SUSAN KORRI,
　　　　　Petitioner-Appellee,

v

SC: 125691
COA: 238811
State Tenure Commission: 01-000006

NORWAY VULCAN AREA SCHOOLS,
　　　　　Respondent-Appellant.

_____/

　　　　On November 9, 2005, the Court heard oral argument on respondent-appellant's application for leave to appeal the February 10, 2004 judgment of the Court of Appeals. The application is again considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



　　　　I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 8, 2005

_____
Clerk

s1201